## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND
## GREENBELT DIVISION

| | |
|---|---|
| DIANA MEMBRENO ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | CIVIL ACTION FILE |
| ATLANTA RESTAURANT PARTNERS, LLC, ) | NO.:  8:19-cv-00369-PX |
| *et. al.*, ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF LEAVE OF ABSENCE

The undersigned counsel for Defendants hereby gives notice that she will be on leave and unavailable from February 15, 2022 through July 15, 2022.  All interested persons are respectfully requested not to schedule any matters or serve any paper which would require response during this period of time.

Respectfully submitted this 25th day of February, 2022.

        **A**KERMAN **LLP**

        */s/ Erica V. Mason*
        Erica V. Mason (*Admitted pro hac vice*)
        Ana C. Dowell (Admitted pro hac vice)
        999 Peachtree Street, N.E.
        Suite 540
        Atlanta, GA 30309
        Tel:     (404) 733-9808
        Fax:     (404) 733-9908

        ANGELA HART-EDWARDS, ESQ.
        Maryland Attorney Id. 19133
        750 9th Street, N.W., Suite 750
        Washington, D.C.  20001

Tel:  (202) 393-6222
Fax:  (202) 585-6215

Email: erica.mason@akerman.com
ana.dowell@akerman.com
angela.hart-edwards@akerman.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of February, 2022, a true and accurate copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will send a notification of the filing to:

>Jonathan C. Puth
>Roshni C. Shikari
>Correia & Puth, PLLC
>1400 16th St. NW, Suite 450
>Washington, D.C. 20036
>(202) 602-6500
>jputh@correiaouth.com
>rshikari@correiaputh.com
>
>*Counsel for Plaintiff Diana Membreno*

>**AKERMAN LLP**
>
>*/s/ Erica V. Mason*