UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Southern Division

|  |  |
|---|---|
| **DIANA MEMBRENO** ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 19-CV-00369-PX |
| v. ) | |
| ) | Judge Paula Xinis |
| **ATLANTA RESTAURANT** ) | |
| **PARTNERS, LLC, ET AL.** ) | |
| ) | |
| Defendants. ) | |
| ) | |

## JOINT STATUS REPORT CONCERNING TRIAL DATE

Plaintiff Diana Membreno ("Plaintiff") and Defendants Atlanta Restaurant Partners, Inc. and Jackmont Hospitality, Inc. (collectively "Defendants"), by and through their undersigned counsel, hereby provide the following Joint Status Report in response to the Court's request made during a February 18, 2022 conference call in this matter.

On February 18, 2022, Defendants filed their Unopposed Motion to Extend Trial Date and Related Deadlines (Dkt. No. 169). The same day, the Parties participated in a conference call before Judge Paula Xinis wherein the Court instructed the Parties to confer concerning Defendants' request for a rescheduled trial date in light of options proffered by the Court.

After several discussions, and in light of the health issues confronting Defendants' lead counsel and the Court's recommended alternatives to the current trial date, the Parties have agreed that they would prefer to take a secondary position behind the Court's criminal docket for a 7 day trial as it may become available after August 15, 2022, and further request that the Court place a

1

hold on its calendar for the currently available February 2023 trial date in the event that an interim trial date does not become available.

Dated: February 25, 2022

| **AKERMAN LLP** | **CORREIA & PUTH, PLLC** |
|---|---|
| /s/ Sul Ah Kim_____ | /s/ Jonathan C. Puth_____ |
| Sul Ah Kim (*Admitted pro hac vice*) | Jonathan C. Puth |
| Erica V. Mason (*Admitted pro hac vice*) | Lauren A. Khouri |
| 999 Peachtree Street, N.E. | Correia & Puth, PLLC |
| Suite 1700 | 1400 16th St. NW, Suite 450 |
| Atlanta, GA 30309 | Washington, D.C. 20036 |
| Tel:    (404) 733-9808 | (202) 602-6500 |
| Fax:   (404) 733-9908 | jputh@correiaputh.com |
|  | lkhouri@correiaputh.com |
|  |  |
| /s/ Ayman Rizkalla_____ | *Counsel for Plaintiff* |
| Ayman Rizkalla |  |
| Maryland Attorney Id. 0012130225 |  |
| 750 9th Street, N.W., Suite 750 |  |
| Washington, D.C.  20001 |  |
| Tel:    (202) 393-6222 |  |
| Email:  sul.kim@akerman.com |  |
|              erica.mason@akerman.com |  |
|              ayman.rizkalla@akerman.com |  |

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of February, 2022, I have filed the foregoing JOINT STATUS REPORT CONCERNING TRIAL DATE with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

>Jonathan C. Puth
>Lauren A. Khouri
>Correia & Puth, PLLC
>1400 16th St. NW, Suite 450
>Washington, D.C. 20036
>(202) 602-6500
>jputh@correiaputh.com
>lkhouri@correiaputh.com
>*Counsel for Plaintiff Diana Membreno*

>**AKERMAN LLP**
>
>/s/ Sul Ah Kim
>Sul Ah Kim (Admitted pro hac vice)
>Erica V. Mason (*Admitted pro hac vice*)
>999 Peachtree Street, N.E.
>Suite 1700
>Atlanta, GA 30309
>Tel:   (404) 733-9808
>Fax:   (404) 733-9908
>
>
>/s/ Ayman Rizkalla
>Ayman Rizkalla
>Maryland Attorney Id. 0012130225
>750 9th Street, N.W., Suite 750
>Washington, D.C.  20001
>Tel:   (202) 393-6222
>Email: sul.kim@akerman.com
>       erica.mason@akerman.com
>       ayman.rizkalla@akerman.com
>
>*Counsel for Defendants*